**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SVARZ, JERRY & EILEEN | § Case No. 11-31548-BWB |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S DEARBORN STREET
  7TH FLOOR
  CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/17/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 07/02/2012     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SVARZ, JERRY & EILEEN                     § Case No. 11-31548-BWB
                                                 §
                                                 §
Debtor(s)                                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*              $       15,500.00

*and approved disbursements of*                   $           55.65

*leaving a balance on hand of* [1]                $       15,444.35

**Balance on hand:**                              $       15,444.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:           $           0.00
Remaining balance:                               $       15,444.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,300.00 | 0.00 | 2,300.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 1,370.00 | 0.00 | 1,370.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 37.28 | 0.00 | 37.28 |
| Auctioneer Expenses - AMERICAN AUCTION ASSOCIATES, INC. | 550.94 | 0.00 | 550.94 |

Total to be paid for chapter 7 administration expenses:   $       4,258.22
Remaining balance:                                        $      11,186.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 11,186.13 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,186.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,342.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 5,669.83 | 0.00 | 2,971.70 |
| 3 | Capital One Bank (USA), N.A. | 6,582.58 | 0.00 | 3,450.10 |
| 4 | Cavalry Portfolio Services, LLC | 3,822.16 | 0.00 | 2,003.29 |
| 5 | Cavalry Portfolio Services, LLC | 1,695.45 | 0.00 | 888.63 |
| 6 | Cavalry Portfolio Services, LLC | 3,572.45 | 0.00 | 1,872.41 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,186.13 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 11-31548-BWB
Jerry J Svarz                                                                   Chapter 7
Eileen Svarz
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: rgreen                 Page 1 of 3                Date Rcvd: Jul 02, 2012
                              Form ID: pdf006              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2012.
db/jdb       +Jerry J Svarz,   Eileen Svarz,   26451 W Melissa Drive,   Channahon, IL 60410-5459
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
17617164     +Advanced Family Dental,   150 N. Brookforest Dr. #E,   Shorewood, IL 60404-6001
17617165    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
18003166      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC 28272-1083
18024394     +Cavalry Portfolio Services, LLC,   500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
17617166     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17972056      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17617167     +Children's Health Partners,   35874 Eagle Way,   Chicago, IL 60678-1358
17617169     +Collection Prof/Lasal (Original Cre,   723 1st St,   La Salle, IL 61301-2535
17617170     +Edward Hospital,   223 W. Jackson Blvd #400,   Chicago, IL 60606-6974
17617171     +Freedman Anselmo & Rappe, L.L.C.,   1807 W. Diehl Rd.,   Naperville, IL 60563-1890
17617172      Grundy County,   ATTN Marcy Miller Tax Collector,   11 East Washington Street, Room 33,
               Morris, IL 60450
17669054     +Grundy County Collector,   111 E Washington,   POB 689,   Morris, IL 60450-0689
17617173     +Grundy County Radiologists,   9410 Compubill Drive,   Orland Park, IL 60462-2627
17617174     +Harris N.A.,   111 W Monroe Llw,   Chicago, IL 60603-4095
17617175     +Healthcare Centers of Morris Hospit,   Central Billing,   25259 Reed Street,
               Channahon, IL 60410-6003
17617176     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
17617179     +Institute of Personal Development,   Collection Professionals Inc,   723 First Street,
               La Salle, IL 61301-2535
17617183     +Morris Hospital,   150 West High Street,   Morris, IL 60450-1497
17617185     +Northeast Nephrology Consultants,   10660 W. 143rd Street, Suite B,   Orland Park, IL 60462-1989
17617186     +Physicians of Morris Hospital,   Creditors Discount and Audit Co,   415 E Main Street/ PO BOX 213,
               Streator, IL 61364-0213
17617187     +Premier Dermatology,   Creditors Discount and Audit Co,   415 E Main Street/ PO BOX 213,
               Streator, IL 61364-0213
17617188     +Quest Diagnostic,   PO Box 809403,   Chicago, IL 60680-9403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18024394     +E-mail/Text: bankruptcy@cavps.com Jul 03 2012 02:12:21    Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
17617180     +E-mail/Text: mmrgbk@miramedrg.com Jul 03 2012 02:11:21    Miramedrg (Original Creditor:Med1 0,
               991 Oak Creek Dr,   Lombard, IL 60148-6408
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17617177*    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
17617178*    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
17617181*    +Miramedrg (Original Creditor:Med1 0,   991 Oak Creek Dr,   Lombard, IL 60148-6408
17617182*    +Miramedrg (Original Creditor:Med1 0,   991 Oak Creek Dr,   Lombard, IL 60148-6408
17617168    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
17617184    ##+Naperville Radiologists S.C.,   PO Box 70,   Hinsdale, IL 60522-0070
                                                                                   TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen              Page 2 of 3              Date Rcvd: Jul 02, 2012
                              Form ID: pdf006           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 3 of 3                  Date Rcvd: Jul 02, 2012
                              Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2012 at the address(es) listed below:

          Ariane  Holtschlag    on behalf of Trustee Thomas Sullivan lawyers@ggl-law.com
          Cari A Kauffman    on behalf of Creditor   CITIMORTGAGE, INC. ND-Four@il.cslegal.com
          David E Grochocinski    dgrochocinski@ggl-law.com, deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee Thomas Sullivan courtdocs@davidlloydlaw.com
          Patrick J. Semrad    on behalf of Debtor Jerry Svarz psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert Evan Mick    on behalf of Debtor Jerry Svarz rjscourtdocs@gmail.com
          Thomas B Sullivan    tsullivan@ggl-law.com, IL19@ecfcbis.com

                                                                                                           TOTAL: 8