**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SVARZ, JERRY & EILEEN § Case No. 11-31548-BWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                          Assets Exempt: $43,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,276.13      Claims Discharged
                                                  Without Payment: $10,066.34

Total Expenses of Administration: $4,223.87

   3)  Total gross receipts of $    15,500.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $15,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,863.51 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,313.87 | 4,223.87 | 4,223.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,342.47 | 21,342.47 | 11,276.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $33,519.85 | $25,566.34 | $15,500.00 |

4) This case was originally filed under Chapter 7 on August 01, 2011. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2012          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 CHALLENGER | 1129-000 | 15,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Grundy County Collector | 4110-000 | N/A | 7,863.51 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,863.51** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,300.00 | 2,300.00 | 2,300.00 |
| InnovaLaw, PC | 3110-000 | N/A | 1,370.00 | 1,280.00 | 1,280.00 |
| InnovaLaw, PC | 3120-000 | N/A | 37.28 | 37.28 | 37.28 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 550.94 | 550.94 | 550.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 30.65 | 30.65 | 30.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $4,313.87 | $4,223.87 | $4,223.87 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,669.83 | 5,669.83 | 2,995.62 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,582.58 | 6,582.58 | 3,477.85 |
| 4 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 3,822.16 | 3,822.16 | 2,019.41 |
| 5 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 1,695.45 | 1,695.45 | 895.78 |
| 6 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 3,572.45 | 3,572.45 | 1,887.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,342.47 | $21,342.47 | $11,276.13 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-31548-BWB  
**Case Name:** SVARZ, JERRY & EILEEN  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/01/11 (f)  
**§341(a) Meeting Date:** 08/25/11  

**Period Ending:** 10/05/12  

**Claims Bar Date:** 01/09/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 26451 W MELISSA DRIVE, CHANNAHON, IL | 295,800.00 | 0.00 | | 0.00 | FA |
| 2 | HARRIS BANK | 500.00 | 0.00 | | 0.00 | FA |
| 3 | SAVINGS | 500.00 | 0.00 | | 0.00 | FA |
| 4 | FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2008 CHALLENGER | 28,270.00 | 23,870.00 | | 15,500.00 | FA |
| 7 | 2004 FORD EXPEDITION | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 MAZDA PROTOGE | 2,310.00 | 0.00 | | 0.00 | FA |
| 8 | Assets Totals (Excluding unknown values) | **$333,380.00** | **$23,870.00** | | **$15,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ATTEMPTING TO LIQUIDATE VEHICLE

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** December 31, 2012

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-31548-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SVARZ, JERRY & EILEEN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******22-66 - Checking Account |
| Taxpayer ID #: | **-***0338 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/05/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/12 | {6} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF CHALLENGER | 1129-000 | 15,500.00 | | 15,500.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 15,475.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.65 | 15,444.35 |
| 08/21/12 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,300.00, Trustee Compensation; Reference: Voided on 08/22/12 | 2100-000 | | 2,300.00 | 13,144.35 |
| 08/21/12 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,370.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 08/22/12 | 3110-000 | | 1,370.00 | 11,774.35 |
| 08/21/12 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $37.28, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 08/22/12 | 3120-000 | | 37.28 | 11,737.07 |
| 08/21/12 | 104 | AMERICAN AUCTION ASSOCIATES, INC. | Dividend paid 100.00% on $550.94, Auctioneer for Trustee Expenses; Reference: Voided on 08/22/12 | 3620-000 | | 550.94 | 11,186.13 |
| 08/21/12 | 105 | Chase Bank USA, N.A. | Dividend paid 52.41% on $5,669.83; Claim# 2; Filed: $5,669.83; Reference: Voided on 08/22/12 | 7100-000 | | 2,971.70 | 8,214.43 |
| 08/21/12 | 106 | Capital One Bank (USA), N.A. | Dividend paid 52.41% on $6,582.58; Claim# 3; Filed: $6,582.58; Reference: Voided on 08/22/12 | 7100-000 | | 3,450.10 | 4,764.33 |
| 08/21/12 | 107 | Cavalry Portfolio Services, LLC | Dividend paid 52.41% on $3,822.16; Claim# 4; Filed: $3,822.16; Reference: Voided on 08/22/12 | 7100-000 | | 2,003.29 | 2,761.04 |
| 08/21/12 | 108 | Cavalry Portfolio Services, LLC | Dividend paid 52.41% on $1,695.45; Claim# 5; Filed: $1,695.45; Reference: Voided on 08/22/12 | 7100-000 | | 888.63 | 1,872.41 |
| 08/21/12 | 109 | Cavalry Portfolio Services, LLC | Dividend paid 52.41% on $3,572.45; Claim# 6; Filed: $3,572.45; Reference: Voided on 08/22/12 | 7100-000 | | 1,872.41 | 0.00 |
| 08/22/12 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,300.00, Trustee Compensation; Reference: Voided: check issued on 08/21/12 | 2100-000 | | -2,300.00 | 2,300.00 |
| 08/22/12 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,370.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 08/21/12 | 3110-000 | | -1,370.00 | 3,670.00 |
| 08/22/12 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $37.28, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | -37.28 | 3,707.28 |

Subtotals : $15,500.00 $11,792.72

{} Asset reference(s) Printed: 10/05/2012 10:52 AM V.13.02

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-31548-BWB  
**Case Name:** SVARZ, JERRY & EILEEN  

**Taxpayer ID #:** **-***0338  
**Period Ending:** 10/05/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 08/21/12 | | | | |
| 08/22/12 | 104 | AMERICAN AUCTION ASSOCIATES, INC. | Dividend paid 100.00% on $550.94, Auctioneer for Trustee Expenses; Reference: Voided: check issued on 08/21/12 | 3620-000 | | -550.94 | 4,258.22 |
| 08/22/12 | 105 | Chase Bank USA, N.A. | Dividend paid 52.41% on $5,669.83; Claim# 2; Filed: $5,669.83; Reference: Voided: check issued on 08/21/12 | 7100-000 | | -2,971.70 | 7,229.92 |
| 08/22/12 | 106 | Capital One Bank (USA), N.A. | Dividend paid 52.41% on $6,582.58; Claim# 3; Filed: $6,582.58; Reference: Voided: check issued on 08/21/12 | 7100-000 | | -3,450.10 | 10,680.02 |
| 08/22/12 | 107 | Cavalry Portfolio Services, LLC | Dividend paid 52.41% on $3,822.16; Claim# 4; Filed: $3,822.16; Reference: Voided: check issued on 08/21/12 | 7100-000 | | -2,003.29 | 12,683.31 |
| 08/22/12 | 108 | Cavalry Portfolio Services, LLC | Dividend paid 52.41% on $1,695.45; Claim# 5; Filed: $1,695.45; Reference: Voided: check issued on 08/21/12 | 7100-000 | | -888.63 | 13,571.94 |
| 08/22/12 | 109 | Cavalry Portfolio Services, LLC | Dividend paid 52.41% on $3,572.45; Claim# 6; Filed: $3,572.45; Reference: Voided: check issued on 08/21/12 | 7100-000 | | -1,872.41 | 15,444.35 |
| 08/22/12 | 110 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,300.00, Trustee Compensation; Reference: | 2100-000 | | 2,300.00 | 13,144.35 |
| 08/22/12 | 111 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,280.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 08/22/12 | 3110-000 | | 1,280.00 | 11,864.35 |
| 08/22/12 | 111 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,280.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 08/22/12 | 3110-000 | | -1,280.00 | 13,144.35 |
| 08/22/12 | 112 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $37.28, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 08/22/12 | 3120-000 | | 37.28 | 13,107.07 |
| 08/22/12 | 112 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $37.28, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 08/22/12 | 3120-000 | | -37.28 | 13,144.35 |
| 08/22/12 | 113 | AMERICAN AUCTION ASSOCIATES, INC. | Dividend paid 100.00% on $550.94, Auctioneer for Trustee Expenses; Reference: | 3620-000 | | 550.94 | 12,593.41 |
| 08/22/12 | 114 | Chase Bank USA, N.A. | Dividend paid 52.83% on $5,669.83; Claim# 2; Filed: $5,669.83; Reference: | 7100-000 | | 2,995.62 | 9,597.79 |
| 08/22/12 | 115 | Capital One Bank (USA), N.A. | Dividend paid 52.83% on $6,582.58; Claim# 3; Filed: $6,582.58; Reference: | 7100-000 | | 3,477.85 | 6,119.94 |

Subtotals :        $0.00        $-2,412.66

{} Asset reference(s)                                                                                           Printed: 10/05/2012 10:52 AM    V.13.02

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-31548-BWB  
**Case Name:** SVARZ, JERRY & EILEEN  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-66 - Checking Account  

**Taxpayer ID #:** **-***0338  
**Period Ending:** 10/05/12  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/12 | 116 | Cavalry Portfolio Services, LLC | Dividend paid 52.83% on $3,822.16; Claim# 4; Filed: $3,822.16; Reference: | 7100-000 | | 2,019.41 | 4,100.53 |
| 08/22/12 | 117 | Cavalry Portfolio Services, LLC | Dividend paid 52.83% on $1,695.45; Claim# 5; Filed: $1,695.45; Reference: | 7100-000 | | 895.78 | 3,204.75 |
| 08/22/12 | 118 | Cavalry Portfolio Services, LLC | Dividend paid 52.83% on $3,572.45; Claim# 6; Filed: $3,572.45; Reference: | 7100-000 | | 1,887.47 | 1,317.28 |
| 08/22/12 | 119 | InnovaLaw, PC | attorney for trustee fees | 3110-000 | | 1,280.00 | 37.28 |
| 08/22/12 | 120 | InnovaLaw, PC | attorney for trustee expsnses | 3120-000 | | 37.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,500.00 | 15,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,500.00 | 15,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,500.00** | **$15,500.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******22-66** | 15,500.00 | 15,500.00 | 0.00 |
| | $15,500.00 | $15,500.00 | $0.00 |